Wm. H. Davidow Sons Co., Inc., Respondent, v. Firth & Foster Company, Appellant.

First Department, December 16, 1921.

(See head note in *Sullivan v. Firth & Foster Co., ante,* p. 99.)

Appeal by the defendant, Firth & Foster Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 20th day of September, 1921, denying defendant's motion to set aside the service of the summons and complaint herein.

*Cravath, Henderson, Leffingwell & de Gersdorff [Robert H. Neilson* of counsel], for the appellant.

*Levy & Becker [Peter A. Lee* of counsel; *Joseph Levy* with him on the brief], for the respondent.

Dowling, J.:

The record in this case is practically the same as that in *Sullivan v. Firth & Foster Co.* (199 App. Div. 99), decided herewith, save that in the present case plaintiff is a domestic corporation and the goods were shipped from New York to Philadelphia to be dyed. Plaintiff has submitted in addition an affidavit by Archibald Davidow, which is largely argumentative in its nature, and contains no proof of any facts differentiating the present from the *Sullivan* case.

The order appealed from will, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs.

Clarke, P. J., Laughlin, Page and Merrell, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.